**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2017-0711, <u>Richard Theriault v. Robert A. Theriault</u>, the court on September 14, 2018, issued the following order:**

The petitioner's motion to file a second reply brief is denied.

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The petitioner, Richard Theriault, appeals an order of the Circuit Court (<u>Quigley</u>, J.) ruling that he is not a beneficiary of the Theriault & Sons Realty Trust (trust), executed by Edgar Theriault on May 10, 1973, in favor of the respondent, Robert A. Theriault, the trustee of the trust, and the intervenors, Michael Theriault and James Theriault, beneficiaries under the trust. He contends that the trial court erred by finding that he is not a beneficiary and by considering: (1) the schedule of beneficiaries, signed by Edgar in 1989, as evidence of Edgar's intent because, he asserts, it did not comply with the trust's requirements for an amendment; and (2) Edgar's will, which excluded him as a legatee.

As the appealing party, the petitioner has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's order, the petitioner's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the petitioner has not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Lynn, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Eileen Fox,
Clerk**